# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>ECHOLS, ROBERT L. | 2. Court or Organization<br><br>U.S.D.C., Middle Dist. of Tenn | 3. Date of Report<br><br>05/13/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
|---|---|---|

| 7. Chambers or Office Address<br><br>801 BROADWAY, SUITE 824<br>NASHVILLE, TN 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. DEAN'S CIRCLE | UNIV. OF TENNESSEE COLLEGE OF LAW |
| 2. BOARD OF DIRECTORS | FEDERAL JUDGES ASSOCIATION |
| 3. CIVILIAN AIDE TO THE SECRETARY OF THE ARMY | UNITED STATES ARMY |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 15 A 11: 25 FINANCIAL DISCLOSURE OFFICE

Echols_Robert_L

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L. | 05/13/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 3-5, 2008 | Washington, DC | Meeting - Bd. of Director | Transportation, Meals, and Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L. | 05/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BANK OF AMERICA | MORTGAGE/INVESTMENT PROP/NAPLES,FL (Part VII, Line 6) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COM. STOCK, BANK OF AMERICA | B | Dividend | J | T | | | | | |
| 2. COM. STOCK, REGIONS BANK | F | Dividend | M | T | | | | | |
| 3. COM. STOCK, WACHOVIA | A | Dividend | J | T | | | | | |
| 4. PARCEL 1, COMMERCIAL BUILDING, NASHVILLE, TN | E | Rent | M | S | | | | | |
| 5. ▬▬▬ LAND, DECHERD, TN | . | None | J | S | | | | | |
| 6. CONDOMINIUM, NAPLES FL | | None | N | S | | | | | |
| 7. ING USA Annuity & Life Ins- ANNUITY #1 | | None | K | T | | | | | |
| 8. ING USA Annuity & Life Ins- ANNUITY #2 | | None | K | T | | | | | |
| 9. ING USA Annuity & Life Ins- ANNUITY #3 | | None | L | T | | | | | |
| 10. ING USA Annuity & Life Ins. ANNUITY #4 | | None | K | T | | | | | |
| 11. IRA #2 -- UBS FINANCIAL | D | Int./Div. | O | T | | | | | |
| 12. - BRIGHT HORIZONS FAMILY SOLUTIONS | | | | | Sold | 5/29 | M | G | |
| 13. - UBS FINANCIAL MONEY FUND | | | | | | | | | |
| 14. - CORRECTIONS CORP. OF AMERICA | | | | | | | | | |
| 15. - AMERICAN EXPRESS COMPANY | | | | | Sold | 2/23 | K | | |
| 16. - CITIGROUP, INC. | | | | | | | | | |
| 17. - NETWORK APPLIANCE, INC. (name changed to NetApp., Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - GENERAL ELECTRIC COMPANY | | | | | | | | | |
| 19.  - TRAVELERS CO., INC. | | | | | Sold | 2/22 | J | | |
| 20.  -AMERIPRISE FINANCIAL | | | | | | | | | |
| 21.  - COMMERCE UNION BANK | | | | | | | | | |
| 22.  - FIRST AMERICAN FINANCIAL HOL DINGS-name change-Avenue Bank | | | | | | | | | |
| 23.  - AMERICAN FUNDS - BOND FUND OF AMERICA | | | | | | | | | |
| 24.  - BLACKROCK PFD & CORP. INCOME STRATEGIES FUND | | | | | | | | | |
| 25.  - CALAMOS CONV. OPPOR. & INCOME FUND | | | | | Redeemed (part) | 6/5 | K | | |
| 26.  - EATON VANCE SENIOR FLTG. RT. TR | | | | | Redeemed | 5/6 | K | | |
| 27.  - PIMCO HIGH INCOME FUND | | | | | Redeemed (part) | 12/12 | K | | |
| 28.  - NICHOLAS APPLEGATE CONV. & IN COME FUND | | | | | Redeemed | 11/24 | K | | |
| 29.  - BANK OF AMERICA (bond) | | | | | Buy | 5/23 | K | | |
| 30.  - WACHOVIA BANK (CD) | | | | | Buy | 9/30 | L | | |
| 31.  - GE MONEY BANK (CD) | | | | | Buy | 11/4 | L | | |
| 32.  IRA -- WACHOVIA | A | Dividend | K | T | | | | | |
| 33.  - JOHN HANCOCK REGIONAL BANK FUND | | | | | | | | | |
| 34.  COM. STOCK, CHARLES SCHWAB | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. COM. STOCK, INTERNATIONAL PAPER | A | Dividend | J | T | | | | | |
| 36. SECURITIES - UBS FINANCIAL | | | | | | | | | |
| 37. - UBS FINANCIAL MONEY FUND | A | Interest | J | T | | | | | |
| 38. - COM. STOCK, HOME DEPOT | A | Dividend | J | T | | | | | |
| 39. - COM. STOCK, GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 40. - COM. STOCK, WALMART | A | Dividend | J | T | | | | | |
| 41. - COM. STOCK, MCDONALDS | A | Dividend | J | T | | | | | |
| 42. - AMERICAN FUNDS | A | Dividend | L | T | | | | | |
| 43. IRA - PFS INVESTMENTS | B | Dividend | L | T | | | | | |
| 44. - AIM CONSTELLATION FUND | | | | | | | | | |
| 45. - AIM CHARTER FUND | | | | | | | | | |
| 46. - AIM VALUE FUND | | | | | | | | | |
| 47. COM. STOCK, EASTMAN KODAK CO. | A | Dividend | J | T | | | | | |
| 48. COM. STOCK, EXXON CORPORATION | A | Dividend | K | T | | | | | |
| 49. COM. STOCK, DOW CHEMICAL | A | Dividend | J | T | | | | | |
| 50. REGIONS ACCOUNTS | A | Interest | K | T | | | | | |
| 51. SUNTRUST ACOUNTS | B | Interest | | | Closed | 11/10 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   PRIMERICA ACCOUNT | A | Interest | J | T | | | | | |
| 53.   BANK OF AMERICA ACCOUNT | A | Interest | J | T | | | | | |
| 54.   GREEN BANK ACCOUNT | A | Interest | K | T | | | | | |
| 55.   COM. STOCK, ESSEX TECHNOLOGY | | None | K | T | | | | | |
| 56.   AVENUE BANK ACCOUNTS | D | Interest | N | T | | | | | |
| 57.   RENTAL HOUSE, NASHVILLE, TN | D | Rent | M | W | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section 7, Line 4:
This parcel was reassessed in April 2005, with an assessed value of $112,000. The assessed value is 40% of the appraised value, which is $280,000.

Section 7, Line 5:
This parcel has an assessed value of $9,400. The assessed value is 25% of the appraised value, which is $37,600.

Section 7, Line 6:
This parcel has an assessed value of $606,970. The assessed value is 100% of the appraised value. This filer has a 50% interest in the property.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544